UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 18-cv-24192-KMW

CARLOS SANCHEZ,

    Plaintiff,

vs.

SECRETARY, FLORIDA DEPARTMENT
OF CORRECTION, *et al.*

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Lisette M. Reid's report and recommendation (DE 41) ("Report") on Petitioner's amended petition for writ of habeas corpus under 28 U.S.C. § 2254 (DE 8).  Petitioner filed objections to the Report ("Objections").  (DE 43).  Upon an independent review of the Report, the Objections, the record, and applicable case law, it is **ORDERED AND ADJUDGED** that:

1. The conclusions in the Report (DE 41) are **AFFIRMED AND ADOPTED**.

2. The Amended Petition for writ of habeas corpus under 28 U.S.C. § 2254 (DE 8) is **DENIED**.

3. This action is **DISMISSED**.

4. No certificate of appealability shall issue.

5. All pending motions are **DENIED AS MOOT**.

6. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 29th day of December, 2020.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

cc:
Carlos Sanchez
412856
Everglades Correctional Institution
Inmate Mail / Parcels
1599 SW 187th Avenue
Miami, FL 33194